# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Randall Hutchison,

    Petitioner,

    v.

Warden, Correctional Reception Center,

    Respondent.

Case No. 2:25-cv-281

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Magistrate Judge issued an Order and Report and Recommendation ("OR&R") in this habeas case, recommending that the Court deny Petitioner's multiple motions to be released on bail pending the outcome of this habeas proceeding. OR&R, ECF No. 60. The OR&R notified Petitioner of his right to object to that recommendation, of the deadline to do so, and of the consequence of failing to do so. *Id.* at 6. Petitioner failed to timely object. Accordingly, the Court **ADOPTS** the OR&R without conducting a *de novo* review and **DENIES** Petitioner's motions for bail, ECF Nos. 45, 46, 51, 53, and 57. The Clerk shall **TERMINATE** the same as pending motions.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT