**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Randall Hutchison, r,**

**Petitioner,**

**v.**

**Warden, Correctional Reception Center,**

**Respondent.**

**Case No. 2:25-cv-281**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

## ORDER

Randall Hutchison ("Petitioner") petitions for a writ of habeas corpus. ECF Nos. 1, 8, 17, 29. Petitioner, however, failed to notify the Court of multiple address changes and apparently began refusing to accept mail from this Court, both of which resulted in many Court mailings being returned. ECF Nos. 10, 19, 20, 27, 35, 37, 39, 44, 64–65, 70, 73, 78–80, 83, 90, 93, 95, 97, 99, 101. Petitioner continued, however, to file frivolous motions and notices. ECF Nos. 7, 9, 18, 21–22, 25–26, 31–33, 45–47, 51–59, 85–87, 89, 91, 94, 96, 98, 102–108, 110.

Meanwhile, Respondent moved to dismiss the Petition (which challenges a 2016 conviction) as time-barred. ECF No. 50. The Magistrate Judge issued a thorough Report and Recommendation ("R&R") recommending the Court grant that motion. ECF No. 109. Petitioner timely objected. ECF No. 111.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court determines *de novo* any portion of the R&R that Petitioner "properly objected to" via "specific written objections[.]" Fed. R. Civ. P. 72(b)(3).

Here, the Court declines to perform a *de novo* review of any portion of the R&R because Petitioner did not properly object to any portion of it. Instead, the objection claims, *inter alia*, that Petitioner: released "the Jeffrey Epstein files as a NATO state sponsored hacker[,]" "all FBI field offices are material witness[e]s[,]" this Court caused multiple data breaches, all of the judges of this Court are under Congressional investigation, and Petitioner became a NATO asset in 2014 in order "to gain citizenship to all NATO nations." ECF No. 111.

Those objections are not the type of "proper" objections that trigger *de novo* review under Rule 72(b). *E.g., Stamtec, Inc. v. Anson*, 296 F. App'x 518, 520 (6th Cir. 2008); *Deters v. Porotsky*, No. 1:25-cv-386, 2026 WL 524715, at *1 (S.D. Ohio Jan. 12, 2026). Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review, **DISMISSES** the Petition as time-barred, **DECLINES** to issue a certificate of appealability, and **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would be objectively frivolous and that the Sixth Circuit should not permit Petitioner to proceed *in forma pauperis*. The Clerk shall enter judgment for Respondent and close the case.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**